No. 02–5832.  ROBERSON v. RICHARDS ET AL., *ante*, p. 957;

No. 02–5935.  HARRIOTT v. UNITED STATES, *ante*, p. 935;

No. 02–5939.  ZHARN v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 959;

No. 02–6047.  HARLOW ET AL. v. RIVERSIDE COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, *ante*, p. 1005;

No. 02–6130.  PAYNE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1006;

No. 02–6171.  IN RE PORTER, *ante*, p. 999;

No. 02–6172.  O'DONNELL v. UNITED STATES, *ante*, p. 962;

No. 02–6213.  SAUVE v. METHODIST HOSPITAL, *ante*, p. 1008;

No. 02–6290.  RAHEEM v. GEORGIA, *ante*, p. 1021;

No. 02–6293.  BRANNAN v. GEORGIA, *ante*, p. 1021;

No. 02–6295.  RODORIQUEZ SEPEDA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1009;

No. 02–6353.  COLE v. PENNSYLVANIA ET AL., *ante*, p. 1009;

No. 02–6387.  REMBA v. ROE, WARDEN, ET AL., *ante*, p. 1021;

No. 02–6413.  TAYLOR v. POTTER, POSTMASTER GENERAL, *ante*, p. 1010;

No. 02–6468.  VLIET v. RENICO, WARDEN, *ante*, p. 1035;

No. 02–6472.  COLLINS ET AL. v. FCC/NATIONAL BANK, *ante*, p. 1035;

No. 02–6875.  BROWN v. UNITED STATES, *ante*, p. 1037; and

No. 02–7086.  LAWSON v. UNITED STATES, *ante*, p. 1062.  Petitions for rehearing denied.

No. 01–1832.  MOSBY v. UNITED STATES, *ante*, p. 824; and

No. 02–154.  SEXTON v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, *ante*, p. 886.  Motions of petitioners for leave to proceed further herein *in forma pauperis* granted.  Petitions for rehearing denied.

No. 01–9968.  BREDEMANN v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 830;

No. 01–10555.  BREDEMANN v. GRANT ET AL., *ante*, p. 849; and

No. 02–5789.  POINTER v. ST. LOUIS UNIVERSITY SCHOOL OF LAW, *ante*, p. 931.  Motions for leave to file petitions for rehearing denied.

No. 02–5917.  KAHVEDZIC v. REPUBLIC OF CROATIA ET AL., *ante*, p. 966.  Motion of petitioner to defer consideration of peti-